UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM-BULLOCK III STEWART, | No. C-11-3386 EMC |
| Appellant, | No. C-11-3898 EMC |
| v. | |
| JOHN G. STUMPF, | **ORDER GRANTING APPELLEE'S MOTION TO CONSOLIDATE** |
| Appellee. _____/ | |
| DANTE DE TORRES, | |
| Appellant, | |
| v. | |
| JOHN G. STUMPF, | |
| Appellee _____/ | |

Currently pending before the Court is Appellee John G. Stumpf's motion to consolidate appeals, namely, Case No. C-11-3386 EMC (Stewart) and Case No. C-11-3898 EMC (De Torres). Having reviewed the papers submitted, the Court hereby deems the matter appropriate for disposition without oral argument and **GRANTS** the motion to consolidate. As Mr. Stumpf points out, consolidation is appropriate because both Mr. Stewart and Mr. De Torres were petitioners who filed an involuntary Chapter 7 bankruptcy petition against Mr. Stumpf. In addition, both Mr. Stewart and Mr. De Torres challenge the same order issued by the bankruptcy court. (Mr. Stewart challenges two additional orders as well.) Finally, both Mr. Stewart and Mr. De Torres were served with the motion to consolidate and neither filed an opposition.

Accordingly, the above-referenced cases are consolidated. All future filings in the cases should be captioned "In re John G. Stumpf" and should be filed in the lower-numbered case (*i.e.*, Case No. C-11-3386 EMC) only.

IT IS SO ORDERED.

Dated: September 21, 2011

EDWARD M. CHEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE JOHN G. STUMPF,

       Plaintiff,

  v.

IN RE JOHN G. STUMPF et al,

       Defendant.

Case Number: CV11-03386 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-Oakland
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland,  CA 94612

William-Bullcok III Stewart
c/o R.A. Guancione
P.O. Box 974974
San Jose,  CA 95164

Judge Roger L. Efremsky
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose,  CA 95113

Dante  De Torres
P.O. Box 641641
San Jose,  CA 95164

Dated: September 21, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3