UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM-BULLOCK III STEWART,<br><br>    Appellant,<br><br>    v.<br><br>JOHN G. STUMPF,<br><br>    Appellee.<br>_____/<br>DANTE DE TORRES,<br><br>    Appellant,<br><br>    v.<br><br>JOHN G. STUMPF,<br><br>    Appellee<br>_____/ | No. C-11-3386 EMC<br>and No. C-11-3898 EMC<br>(Consolidated Cases)<br><br><br><br><br><br><br>**ORDER GRANTING IN PART AND DENYING IN PART STEWART'S MOTION FOR ORDER AUTHORIZING HELP DESK TO ESTABLISH PRO SE LITIGANTS ECF ACCOUNTS**<br>**(Docket 9)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Currently pending before the Court is Appellant William-Bullock III Stewart's motion in which he seeks permission to file and serve documents through ECF. Mr. Stewart seeks permission to file and serve not only on his own behalf but also on behalf of Dante De Torres, whose case has been consolidated with Mr. Stewart's, and on behalf of King Ramono RA Pharol Beaujayam, whose case the court recently remanded to the bankruptcy court.

    To the extent Mr. Stewart asks permission to file and serve through ECF on his own behalf, the motion is **GRANTED**. However, to the extent Mr. Stewart asks permission to file and serve through ECF on the behalf of Mr. De Torres and Mr. Beaujayam, the motion is **DENIED**, with one exception

as discussed below. Mr. Stewart claims that he "holds a General Power of Attorney" for Mr. De Torres and Mr. Beaujayam. Mot. at 2. But under Civil Local Rule 3-9(a), "[a]ny party representing him or herself without an attorney must appear personally and may not delegate that duty to any other person who is not a member of the bar of this Court." Civ. L.R. 3-9(a). The Court notes, however, that this ruling does not bar Mr. Stewart from filing and serving papers that are **jointly** submitted by himself and Mr. De Torres or Mr. Beaujayam, that is, assuming that Mr. De Torres or Mr. Beaujayam have **agreed to and signed** the joint submission.

Mr. Stewart shall contact the ECF Help Desk at 866-638-7829 to set up e-filing. The Court notes that, by setting up an ECF account, Mr. Stewart is also agreeing to accept service through ECF (*e.g.*, orders e-filed by the Court, papers e-filed by Appellee John G. Stumpf).

IT IS SO ORDERED.

Dated: October 6, 2011

_____
EDWARD M. CHEN
United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM-BULLOCK III STEWART,

    Appellant,

  v.

JOHN G. STUMPF,

    Appellee.
_____/

DANTE DE TORRES,

    Appellant,

  v.

JOHN G. STUMPF,

    Appellee
_____/

No. C-11-3386 EMC
and No. C-11-3898 EMC
(Consolidated Cases)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-Oakland
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612

William-Bullcok III Stewart
c/o R.A. Guancione
P.O. Box 974974
San Jose, CA 95164

Dante De Torres
P.O. Box 641641
San Jose, CA 95164

3

1  Judge Roger L. Efremsky
   U.S. Bankruptcy Court
2  280 South First Street
   Room 3035
3  San Jose, CA 95113

4  Dated: October 6, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk