United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM-BULLOCK III STEWART,<br><br>    Appellant,<br><br>    v.<br><br>JOHN G. STUMPF,<br><br>    Appellee.<br>_____/<br>DANTE DE TORRES,<br><br>    Appellant,<br><br>    v.<br><br>JOHN G. STUMPF,<br><br>    Appellee<br>_____/ | No. C-11-3386 EMC<br>and No. C-11-3898 EMC<br>(Consolidated Cases)<br><br><br>**ORDER RE REQUEST FOR**<br>**DISCLOSURE OF ALL BIAS AND**<br>**CONFLICT OF INTEREST**<br><br>**(Docket No. 12)** |

Currently pending before the Court are Appellants William-Bullock III Stewart and Dante De Torres's request for disclosure of bias and conflict of interest. In their request, Appellants ask the undersigned to disclose all financial and other conflicts of interest prior to proceeding with their cases, including but not limited to whether the undersigned or a member of his family has a relationship with certain third parties.[1]

---

[1] The Court notes that Mr. Stewart at least has filed a notice of appeal with respect to the Court's order consolidating his and Mr. De Torres's cases. While a notice of appeal generally divests a district court of jurisdiction, the Court shall still rule on this request for relief because it is a collateral issue to the appeal. *See* 20-303 Moore's Fed. Prac.– Civ. § 303.32[2][a][ii] (noting that, upon a notice of appeal, a district court may not take substantive action that "would 'alter the status of the case as it rests before the circuit court'"); *Cf.* 7-37 Moore's Fed. Prac.– Civ. § 37.99 (stating that, "[a]lthough the filing

1  The Court construes Appellants' request as an affidavit of bias or prejudice and request for
2  recusal pursuant to 28 U.S.C. § 144. The Court has already held in *Beaujayam v. Stumpf*, No. C-11-
3  3479 (Docket No. 11) (order), that the undersigned has no financial or other conflict of interest with
4  respect to many of the third parties identified by Appellants here (*e.g.*, Appellee John G. Stumpf, Wells
5  Fargo, Bankruptcy Judge Roger L. Efremsky). To the extent Appellants have now identified additional
6  third parties (the state of California, any county or municipality in California, the state of Delaware,
7  Wachovia, World Savings, Golden West Financial, Cal-Western Reconveyance), the Court concludes
8  here that there still are no circumstances warranting disqualification. The undersigned has no financial
9  interest in the subject matter or parties to the proceedings within the meaning of 28 U.S.C. § 455.
10 Accordingly, to the extent Appellants asks the undersigned to recuse himself, the request is **DENIED**.

12  IT IS SO ORDERED.

14 Dated: October 6, 2011

EDWARD M. CHEN
United States District Judge

---

of a notice of appeal generally divests the district court of jurisdiction over issues on appeal, the district court retains jurisdiction over collateral matters such as whether to award attorney's fees in a Rule 37 motion for sanctions").

<div style="float:left">**United States District Court**
For the Northern District of California</div>

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |

WILLIAM-BULLOCK III STEWART,

       Appellant,

   v.

JOHN G. STUMPF,

       Appellee.
_____/

DANTE DE TORRES,

       Appellant,

   v.

JOHN G. STUMPF,

       Appellee
_____/

No. C-11-3386 EMC
and No. C-11-3898 EMC
(Consolidated Cases)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

  USBC Manager-Oakland
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612

  William-Bullcok III Stewart
c/o R.A. Guancione
P.O. Box 974974
San Jose, CA 95164

Dante De Torres
P.O. Box 641641
San Jose, CA 95164

3

1 Judge Roger L. Efremsky
U.S. Bankruptcy Court
2 280 South First Street
Room 3035
3 San Jose, CA 95113

4 Dated: October 6, 2011

Richard W. Wieking, Clerk
5 By: Betty Lee, Deputy Clerk

4